# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STACEY JOHNSON,<br><br>*Plaintiff*,<br><br>vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>*Defendants*. | No. 4:22-cv-00055-BMM<br><br>**ORDER** |

Upon the parties' joint stipulation of dismissal, filed pursuant to Fed. R. Civ. P. 41, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED this 15th day of September, 2023.

*/s/ Brian Morris*
Brian Morris, Chief District Judge
United States District Court